IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TARJILYN JAMES                                                                                              PLAINTIFF

V.                                                                          CIVIL ACTION NO. 1:16-CV-38-SA-DAS

CLC OF PASCAGOULA, LLC
d/b/a PLAZA COMMUNITY LIVING CENTER                                          DEFENDANT

ORDER

Now before the Court is the Defendant Plaza Community Living Center's Motion for Summary Judgment [34] on all of the Plaintiff's claims. The Plaintiff filed a Response [37], and the Defendant filed a Reply [38, 40] making this issue ripe for review.

For all of the reasons fully explained in a separate Memorandum Opinion issued this same day, the Defendant's Motion for Summary Judgment [34] is DENIED.

SO ORDERED, this 30th day of August, 2017.

                                                    /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT JUDGE